UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., )<br>)<br>Plaintiff, )<br>)<br>- v. - )<br>)<br>BOSTON COMMUNICATIONS GROUP, )<br>INC. and NEXTEL COMMUNICATIONS, )<br>INC., )<br>)<br>Defendants. )<br>) | Civil Action No.<br><br>05 11061 EFH |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to District of Massachusetts Local Rule 7.3(A), plaintiff Freedom Wireless, Inc. by its undersigned counsel, states as follows:

<u>Parent Corporation</u>:    None.

<u>Publicly-Held Companies owning more than 10% of Freedom Wireless, Inc.</u>:    None

Respectfully submitted,

FREEDOM WIRELESS INC.,

By its attorneys,

_____
Paul F. Ware, P.C. (BBO # 516240)
John Kenneth Felter, P.C. (BBO # 162540)
Douglas C. Doskocil (BBO #558949)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

Dated: May 20, 2005