AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of __MASSACHUSETTS__

FREEDOM WIRELESS, INC.,

    Plaintiff,

V.

BOSTON COMMUNICATIONS GROUP, INC. and NEXTEL COMMUNICATIONS, INC.,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11061 EFH

TO: (NAME AND ADDRESS OF DEFENDANT)

Boston Communications Group, Inc.
55 Middlesex Turnpike
Bedford, Massachusetts 01730

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Ware, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

(By) DEPUTY CLERK

DATE: MAY 20 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | September 19, 2005 |
| NAME OF SERVER (PRINT)<br>James M. Desrosiers | TITLE<br>Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 55 Middlesex Turnpike, Bedford, MA 01730

☐ Left copies thereof at the defendat's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By handing true and attested copies thereof to Ms. Frances Boyd, Executive Administrative Assistant and Person Authorized to accept service on behalf of the Corporation, In Hand.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $20.00 | $40.00 | $60.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   September 19, 2005          _____
                    Date                    Signature of Server

357 Cambridge Street, Cambridge, MA 02141
*Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Addendum to Return of Service

Defendant: **Boston Communications Group, Inc.**

I hereby certify and return that on **September 19, 2005,** I served together with a copy of the Summons in a Civil Action the following documents:

1. Complaint
2. Corporate Disclosure Form
3. Report on the Filing of an Action Regarding a Patent or Trademark
4. Exhibits 1 & 2.

Said service was made as set forth in the Return of Service.

Dated: September 19, 2005

James M. Desrosiers, Constable