UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>BOSTON COMMUNICATIONS GROUP, INC.; and NEXTEL COMMUNICATIONS, INC.,<br><br>    Defendants. | CIVIL ACTION No. 05-11061 EFH |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME FOR
NEXTEL TO RESPOND OR OTHERWISE PLEAD TO THE COMPLAINT**

  Defendant Nextel Communications, Inc. ("Nextel") hereby moves the Court for an extension of time granting Nextel until October 25, 2005 to respond or otherwise plead to the Complaint. Plaintiff Freedom Wireless, Inc. has assented to this extension. Nextel understands that defendant Boston Communications Group, Inc. will also be seeking an extension until October 25, 2005 to respond to the complaint.

  WHEREFORE, Nextel prays for the entry of an Order granting it until October 25, 2005 to respond or otherwise plead to the Complaint.

- 2 -

October 11, 2005

Respectfully submitted,

NEXTEL COMMUNICATIONS, INC.
By its attorneys,

   /s/ Amber R. Anderson
Francis J. Sally (BBO # 439100)
Amber R. Anderson (BBO # 647566)
SALLY & FITCH LLP
225 Franklin Street
Boston, MA 02110
Telephone: (617) 542-5542
Facsimile: (617) 542-1542

Richard McMillan, Jr. (pro hac vice application to be filed)
Michael J. Songer (pro hac vice application to be filed)
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

**Certificate of Service**

I certify that I have caused the attached document to be served by hand on Paul F. Ware of Goodwin Procter LLP, counsel for plaintiff, on October 11, 2005.

   /s/ Amber R. Anderson
Amber R. Anderson