SCANNED DATE: 10/13/05 BY: M.P.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

2005 OCT 11 A 11:03

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FREEDOM WIRELESS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-11061 EFH |
| v. ) | |
| ) | |
| BOSTON COMMUNICATIONS GROUP, ) | |
| INC. and NEXTEL COMMUNICATIONS, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## ASSENTED-TO MOTION TO EXTEND THE TIME
## TO RESPOND TO THE COMPLAINT

Defendant Boston Communications Group, Inc. ("Boston Communications") hereby requests that the time for it to move, answer or otherwise plead in response to the Complaint be extended through and including October 25, 2005. Boston Communications and plaintiff Freedom Wireless, Inc. have conferred regarding this motion, through counsel, and counsel for plaintiff has _assented_ to this motion.

A proposed form of Order is attached.

Dated: October 11, 2005

*[signature]*
Paul F. Ware, Jr. P.C. (BBO #516240)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231
*Counsel for Plaintiff*

*[signature]*
Patrick J. Sharkey (BBO #454820)
Dean G. Bostock (BBO #549747)
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on counsel for Freedom Wireless, Inc., Paul F. Ware, Jr., Goodwin Procter LLP, Exchange Place, Boston, Massachusetts 02109 by first-class mail, postage prepaid on October 11, 2005.

*[signature]*