# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-11061 EFH |
| v. | ) |
| BOSTON COMMUNICATIONS GROUP, INC. and NEXTEL COMMUNICATIONS, INC., | ) |
| Defendants. | ) |

## SECOND ASSENTED-TO MOTION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT

Defendants, Boston Communications Group, Inc. and Nextel Communications, Inc., hereby request that the time for defendants to move, answer or otherwise respond to the Complaint be extended through and including November 24, 2005. The return date was previously extended with permission of the Court and plaintiff's consent to October 25, 2005. Defendants and plaintiff, Freedom Wireless, Inc., have conferred through counsel regarding this motion and counsel for plaintiff has assented hereto.

A proposed form of Order is attached.

Dated: October 24, 2005

_____
John Kenneth Felter, Esq. (BBO #162540)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231
*Counsel for Plaintiff*

_____
Patrick J. Sharkey (BBO #454820)
Dean G. Bostock (BBO #549747)
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
*Counsel for Boston Communications Group, Inc.*

_____
Dennis J. Kelly (BBO # 266340)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3694
Fax: (617) 345-3299
*Counsel for Nextel Communications, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on counsel for Freedom Wireless, Inc., John Kenneth Felter, Esq., Goodwin Procter LLP, Exchange Place, Boston, Massachusetts 02109 and on counsel for Nextel Communications, Inc., Dennis J. Kelly, Esq., Burns & Levinson LLP, 125 Summer Street, Boston, Massachusetts 02110 by first-class mail, postage prepaid on October 24, 2005.

_____

LIT 1546464v.1