UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>          Plaintiff,<br><br>          v.<br><br>BOSTON COMMUNICATIONS GROUP, INC.; and NEXTEL COMMUNICATIONS, INC.,<br><br>          Defendants. | CIVIL ACTION No. 05-11061 EFH |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Francis J. Sally, Amber R. Anderson and the law firm of Sally & Fitch hereby withdraw as counsel to Nextel Communications, Inc. ("Nextel"). Nextel will continue to be represented by Dennis J. Kelly of the law firm of Burns & Levinson LLP, who has previously appeared in this matter.

October 28, 2005

Respectfully submitted,

NEXTEL COMMUNICATIONS, INC.
By its attorneys,

   /s/ Amber R. Anderson
Francis J. Sally (BBO # 439100)
Amber R. Anderson (BBO # 647566)
SALLY & FITCH LLP
225 Franklin Street
Boston, MA 02110
Telephone: (617) 542-5542
Facsimile: (617) 542-1542

**Certificate of Service**

I certify that I have caused the attached document to be served on all counsel of record by first-class mail, postage prepaid on October 28, 2005.

   /s/ Amber R. Anderson
Amber R. Anderson