UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV -3 P 2: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FREEDOM WIRELESS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11061 EFH |
| ) | |
| BOSTON COMMUNICATIONS GROUP, ) | |
| INC. and NEXTEL CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Patrick J. Sharkey, Esq., Dean G. Bostock, Esq. and the law firm of Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., One Financial Center, Boston, Massachusetts 02111, as counsel for the defendant Boston Communications Group, Inc. in this case.

Respectfully submitted,

Date: November 3, 2005

By: _____
Patrick J. Sharkey (BBO #454820)
Dean G. Bostock (BBO #549747)
**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, PC**
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

*Attorneys for Defendant*

Boston Communications Group, Inc.

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on: 11/3/05

_____