**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2005 NOV -3  P 2: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| FREEDOM WIRELESS, INC., )<br><br>                        Plaintiff, )<br><br>              v.                  )<br><br>BOSTON COMMUNICATIONS GROUP, )<br>INC. and NEXTEL CORPORATION, )<br><br>                        Defendants. ) | Civil Action No. 05-11061 EFH |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), defendant Boston Communications Group, Inc. ("BCG")

makes the following corporate disclosure:

　　1.　　Identify all parent corporations of BCG:

　　　　　　NONE.

　　2.　　Identify all publicly held companies that own 10% of more of BCG's stock:

　　　　　　NONE.

Respectfully submitted,

Date: November 3, 2005          By: _____

Patrick J. Sharkey (BBO #454820)
Dean G. Bostock (BBO #549747)
**MINTZ, LEVIN, COHN, FERRIS,**
**GLOVSKY and POPEO, PC**
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241

*Attorneys for Defendant*

Boston Communications Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on counsel for Freedom Wireless, Inc., John Kenneth Felter, Esq., Goodwin Procter LLP, Exchange Place, Boston, Massachusetts 02109 by first-class mail, postage prepaid on November 3, 2005.