**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BOSTON COMMUNICATIONS GROUP, INC. and NEXTEL COMMUNICATIONS, INC.<br><br>        Defendants. | Civil Action No. 05-11061 EFH |

**NEXTEL COMMUNICATIONS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3(A), the parent corporation of Nextel Communications, Inc. is Sprint Nextel Corp., a publicly held corporation, which owns 10% or more of the stock in Nextel Communications, Inc.

                                Respectfully submitted,

                                NEXTEL COMMUNICATIONS, INC.
                                By its attorneys,

                                /s/Dennis J. Kelly
                                Dennis J. Kelly (BBO # 266340)
                                dkelly@burnslev.com
                                Victoria L. Walton (BBO # 650999)
                                vwalton@burnslev.com
                                BURNS & LEVINSON LLP
                                125 Summer Street
                                Boston, MA 02110-1624
                                Telephone: 617-345-3000
                                Facsimile: 617-345-3299

                                        Richard McMillan, Jr. (pro hac vice application to be filed)
rmcmillan@crowell.com
Michael J. Songer (pro hac vice application to be filed)
msonger@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Dated:   November 23, 2005

00973517