IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> BOSTON COMMUNICATIONS GROUP, INC. and NEXTEL COMMUNICATIONS, INC. <br><br>    Defendants. | Civil Action No. 05-11061 EFH |

**ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE
OF CERTAIN ATTORNEYS FOR NEXTEL COMMUNICATIONS, INC.**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Dennis J. Kelly, Esq., a member in good standing of the bar of this District Court, hereby moves that Attorney Richard McMillan, Jr. ("Attorney McMillan"), Attorney Michael J. Songer ("Attorney Songer") and Attorney Brian M. Koide ("Attorney Koide") of the law firm, Crowell & Moring, LLP, 1001 Pennsylvania Avenue, N.W., Washington, DC 20004 (phone 202-624-2500; fax 202-628-5116), be allowed to appear on behalf of Nextel Communications, Inc. ("Nextel") and practice in this Court, pro hac vice, in this action. As grounds for this Motion, the undersigned states as follows:

1.  Attorney McMillan (1) is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, including the United States District Court for the District of Columbia, United States District Court for the District of Maryland, United States Court of Appeals for the District of Columbia Circuit, United States Courts of Appeals for the

Third, Fourth, Fifth, Seventh and Eighth Circuits, and The Supreme Court of the United States; (2) there are no disciplinary proceedings proceeding against him as a member of the bar in any jurisdiction; and (3) is familiar with the Local Rules of the United States District Court for the District of Massachusetts. A certificate pursuant to Local Rule 83.5.3(b) signed by Attorney McMillan is attached hereto as Exhibit A.

2. Attorney Songer (1) is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, including the United States District Court for the Northern District of California, United States District Court for the District of Colorado, United States District Court, Eastern District of Michigan, and the United States Court of Appeals for the Federal Circuit; (2) there are no disciplinary proceedings proceeding against him as a member of the bar in any jurisdiction; and (3) is familiar with the Local Rules of the United States District Court for the District of Massachusetts. A certificate pursuant to Local Rule 83.5.3(b) signed by Attorney Songer is attached hereto as Exhibit B.

3. Attorney Koide (1) is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, including the District of Columbia Court of Appeals, the Supreme Court of the State of California, and the Virginia Board of Bar Examiners, as well as the United States District Court for the Eastern District of Virginia, the United States District Court for the Northern, Southern, and Central Districts of California, the United States Court of Appeals for the Fourth Circuit, and the United States Court of Appeals for the Federal Circuit; (2) there are no disciplinary proceedings proceeding against him as a member of the bar in any jurisdiction; and (3) is familiar with the Local Rules of the United States District Court for the District of Massachusetts. A certificate pursuant to Local Rule 83.5.3(b) signed by Attorney Koide is attached hereto as Exhibit C.

4. Attorney McMillan, Attorney Songer and Attorney Koide are lead counsel to Nextel.

5. Counsel for plaintiff Freedom Wireless, Inc. ("Freedom") has informed counsel to Nextel that plaintiff assents to this Motion for Admission Pro Hac Vice.

6. The undersigned attorney has previously appeared in this action.

WHEREFORE, the undersigned respectfully requests allowance of this Motion.

        Respectfully submitted,

        NEXTEL COMMUNICATIONS, INC.
        By their attorneys,

        /s/Dennis J. Kelly
        Dennis J. Kelly (BBO # 266340)
        dkelly@burnslev.com
        BURNS & LEVINSON LLP
        125 Summer Street
        Boston, MA 02110-1624
        Telephone: 617-345-3000
        Facsimile: 617-345-3299

Dated: November 29, 2005

**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON COMMUNICATIONS GROUP, INC.; et al. <br><br> Defendants. | CIVIL ACTION No. 00-12234 EFH |

## RULE 83.5.3 CERTIFICATE OF RICHARD MCMILLAN, JR.

I, Richard McMillan, Jr., hereby certify as follows:

1.  I am a member in good standing in every jurisdiction where I have been admitted, such jurisdictions including the United States District Court for the District of Columbia, United States Court of Appeals for the District of Columbia Circuit, United States District Court for the District of Maryland, The Supreme Court of the United States, United States Courts of Appeals for the Third, Fourth, Fifth, Seventh and Eighth Circuits.

2.  As far as I know, there are no disciplinary proceedings proceeding against me as a member of the bar in any jurisdiction.

3.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury, this 8th day of November, 2005.

/s/ Richard McMillan, Jr.
Richard McMillan, Jr.

**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON COMMUNICATIONS GROUP, INC.; et al. <br><br> Defendants. | CIVIL ACTION No. 00-12234 EFH |

## RULE 83.5.3 CERTIFICATE OF MICHAEL J. SONGER

I, Michael J. Songer, hereby certify as follows:

1. I am a member in good standing in every jurisdiction where I have been admitted, such jurisdictions including the United States District Court for the Northern District of California, United States District Court for the District of Colorado, United States District Court, Eastern District of Michigan, and the United States Court of Appeals for the Federal Circuit.

2. As far as I know, there are no disciplinary proceedings proceeding against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury, this 8th day of November, 2005.

/s/Michael J. Songer
Michael J. Songer

**EXHIBIT C**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON COMMUNICATIONS GROUP, INC.; et al. <br><br> Defendants. | CIVIL ACTION No. 00-12234 EFH |

### RULE 83.5.3 CERTIFICATE OF BRIAN M. KOIDE

I, Brian M. Koide, hereby certify as follows:

1. I am a member in good standing in every jurisdiction where I have been admitted, such jurisdictions including the District of Columbia Court of Appeals, the Supreme Court of the State of California, and the Virginia Board of Bar Examiners, as well as the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Eastern District of Virginia, and the United States District Court for the Northern, Southern, and Central Districts of California.

2. As far as I know, there are no disciplinary proceedings proceeding against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury, this 8th day of November, 2005.

/s/Brian M. Koide
Brian M. Koide