UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOSTON COMMUNICATIONS GROUP, INC. and NEXTEL COMMUNICATIONS, INC.<br><br>　　　　Defendants. | Civil Action No. 05-CV-11061-EFH |

## MOTION FOR ADMISSION PRO HAC VICE OF ROBERT A. PRESSMAN

Pursuant to Local Rule 83.5.3(b), Plaintiff Freedom Wireless, Inc. ("Freedom"), by its undersigned attorneys, hereby moves for the admission *pro hac vice* of its counsel Robert A. Pressman.  As grounds therefore, Freedom states:

　1.　Robert A. Pressman is a member in good standing of the Bar of the State of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States District Court for the Eastern District of Pennsylvania.

　2.　In further support of its motion, Freedom submits herewith the Certificate of Robert A. Pressman (attached hereto as Exhibit A), establishing that he is a member in good standing of the Bar in every jurisdiction in which he has been admitted to practice; that there are no disciplinary proceedings against him in any jurisdiction; and that he is familiar with the local rules of this Court.

Dated: December 5, 2005

        Respectfully submitted,

        FREEDOM WIRELESS, INC.,

        By its attorneys,

        /s/ John Kenneth Felter
        John Kenneth Felter (BBO #162540)
        Paul F. Ware, Jr. (BBO #516240)
        Douglas C. Doskocil (BBO #558949)
        GOODWIN PROCTER LLP
        Exchange Place
        53 State Street
        Boston, MA 02109
        (617) 570-1000

## LOCAL RULE 7.1(A)(2) CERTIFICATE

The undersigned certifies pursuant to Local Rule 7.1(A)(2), that on December 5, 2005 the moving party conferred with opposing counsel on the matters set forth in the foregoing motion and report that counsel of record do not assent to the relief sought herein.

        /s/ John Kenneth Felter
        John Kenneth Felter

LIBA/1653147.1

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BOSTON COMMUNICATIONS GROUP, INC. and NEXTEL COMMUNICATIONS, INC.<br><br>　　　　　Defendants. | Civil Action No. 05-CV-11061-EFH<br><br>**CERTIFICATE OF<br>ROBERT A. PRESSMAN** |

Robert A. Pressman, declares and states as follows:

1. I have been a member in good standing of the Bar of the State of Pennsylvania since 1987. I am also admitted to practice before the United States Court of Appeals for the Third Circuit, and the United States District Court for the Eastern District of Pennsylvania. I am a member of the Bar in good standing in each jurisdiction in which I am admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the following is true and correct. Executed on December 5, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Robert A. Pressman

LIBA/1653150.1