**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BOSTON COMMUNICATIONS GROUP, INC. and NEXTEL COMMUNICATIONS, INC.<br><br>        Defendants. | Civil Action No. 05-11061 EFH |

## JURY DEMAND

Nextel Communications, Inc., as defendant and plaintiff in counterclaim, hereby demands trial by jury on all issues so triable in this action.

                Respectfully submitted,

                NEXTEL COMMUNICATIONS, INC.
                By their attorneys,

                /s/Dennis J. Kelly
                Dennis J. Kelly (BBO # 266340)
                dkelly@burnslev.com
                Victoria L. Walton (BBO #650999)
                vwalton@burnslev.com
                BURNS & LEVINSON LLP
                125 Summer Street
                Boston, MA 02110-1624
                Telephone: 617-345-3000
                Facsimile: 617-345-3299

                Richard McMillan, Jr. (admitted pro hac vice)
                rmcmillan@crowell.com
                Michael J. Songer (admitted pro hac vice)
                msonger@crowell.com
                CROWELL & MORING, LLP
                1001 Pennsylvania Avenue, N.W.
                Washington, D.C. 20004
                Telephone: (202) 624-2500
                Facsimile: (202) 628-5116

Dated:   December 6, 2005