IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON COMMUNICATIONS GROUP, INC. and NEXTEL COMMUNICATIONS, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-11061-EFH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT BOSTON COMMUNICATION GROUP, INC.'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION FOR A STAY OF PROCEEDINGS PENDING RESOLUTION OF THE FEDERAL CIRCUIT APPEALS

Defendant Boston Communications Group, Inc. ("BCGI") hereby moves pursuant to Local Rule 7.1(B)(3) for leave to file a reply brief in support of its motion for a stay of proceedings in the above-captioned action pending resolution of plaintiff Freedom Wireless, Inc.'s appeal and BCGI's cross-appeal to the U.S. Court of Appeals for the Federal Circuit from the judgment and other orders entered by this Court in *Freedom Wireless, Inc. v. Boston Communications Group, Inc., et al.*, Civil Action No. 00-12234-EFH (D. Mass.). A proposed Order is attached as Exhibit A.

On November 23, 2005, BCGI filed a nine-page memorandum explaining why staying both this case (Civil Action No. 05-11061-EFH) and the related action (Civil Action No. 05-11062-EFH) pending resolution of the Federal Circuit appeals is the only sensible course. Although Freedom Wireless' opposition is twice as long as the motion, it makes various misstatements of fact and law, and raises issues that go beyond the scope of BCGI's motion. A

response is plainly warranted, and BCGI will submit a reply memorandum promptly to the Court.

Moreover, BCGI's motion presents a high-stakes issue. The pending Federal Circuit appeals will require the appellate court to resolve issues that will directly affect – if not completely dictate – the outcome in this case (as well as the outcome in the related <u>Alltel</u> action). Staying this case will promote judicial economy and save time and money on potentially wasted discovery. BCGI believes that filing a reply will assist the Court in resolving this critical issue.

Accordingly, BCGI respectfully requests that the Court grant this motion and allow BCGI to file a Reply Brief in Support of its Motion for a Stay of Proceedings Pending Resolution of the Federal Circuit Appeals.

### Certification Pursuant to Local Civil Rule 7.1(a)(2)

Pursuant to Rule 7.1(a)(2) of the Local Rules of this Court, counsel for BCGI conferred with counsel defendant Nextel Corp. regarding the relief sought in this motion. Defendant Nextel does not object to the relief here requested. Counsel for BCGI requested counsel for plaintiff to assent to the relief requested herein but has received no response as of the time of filing.

Dated: December 9, 2005                    Respectfully submitted,

                                                               /s/ Dean Bostock
Patrick J. Sharkey (BBO # 454820)
Dean G. Bostock (BBO # 549747)
MINTZ LEVIN COHN FERRIS
   GLOVSKY and POPEO P.C.
One Financial Center
Boston, MA  02111
Tel:  (617) 542-6000
Fax:  (617) 542-2241

Bruce R. Genderson
David C. Kiernan
Philip A. Sechler
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Tel:  (202) 434-5000
Fax:  (202) 434-5029

*Attorneys for Defendant Boston Communications Group, Inc.*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON COMMUNICATIONS GROUP, )<br>INC. and NEXTEL COMMUNICATIONS, )<br>INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11061-EFH |

### ORDER

Upon consideration of Defendant Boston Communications Group, Inc.'s Motion for Leave to File a Reply Brief in Support of Its Motion for a Stay of Proceedings, it is this ____ day of _____, 2005, hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that any reply brief filed by BCGI must be filed no later than December 15, 2005.

_____
The Honorable Edward F. Harrington
United States Senior District Judge