# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOSTON COMMUNICATIONS GROUP, ) <br> INC. and NEXTEL CORPORATION, ) <br> ) <br> Defendant. ) | Civil Action No. 05-11061 EFH |

## LOCAL RULE 83.5.3(B) CERTIFICATE
## OF DAVID C. KIERNAN

I, David C. Kiernan, a partner in the firm of Williams & Connolly, LLP, 725 Twelfth Street N.W., Washington, D.C. 20005, counsel to defendant Boston Communications Group, Inc., hereby certify that:

1. I am a member in good standing of the highest courts of the Commonwealth of Virginia, the State of Maryland and the District of Columbia.;

2. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction;

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and

4. My email address is dkiernan@wc.com.

November 28, 2005

_____
David C. Kiernan

LIT 1551367v.1