# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FREEDOM WIRELESS, INC., ) | FILED IN CLERK'S OFFICE |
| Plaintiff, ) | 2005 DEC -2  A 10: 02 |
| v. ) | U.S. DISTRICT COURT |
| BOSTON COMMUNICATIONS GROUP, ) INC. and NEXTEL CORPORATION, ) | DISTRICT OF MASS. |
| Defendant. ) | Civil Action No. 05-11061 EFH |

### LOCAL RULE 83.5.3(B) CERTIFICATE
### OF JOHN L. CUDDIHY

I, John L. Cuddihy, an associate with the firm of Williams & Connolly, LLP, 725 Twelfth Street N.W., Washington, D.C. 20005, counsel to defendant Boston Communications Group, Inc., hereby certify that:

1. I am a member in good standing of the highest courts of the State of New York and the District of Columbia. I am a member in good standing to practice before the United States Court of Appeal for the Federal Circuit and the United States District Courts for the Districts of Columbia and Maryland and the Southern District of New York;

2. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction;

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and

4.   My email address is jcuddihy@wc.com.

November 29, 2005

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　John L. Cuddihy

LIT 1551455v.1