UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 DEC -2  A 10: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| FREEDOM WIRELESS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11061 EFH |
| ) | |
| BOSTON COMMUNICATIONS GROUP, ) | |
| INC. and NEXTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### LOCAL RULE 83.5.3(B) CERTIFICATE
### OF DOV P. GROSSMAN

I, Dov P. Grossman, an associate with the firm of Williams & Connolly, LLP, 725 Twelfth Street N.W., Washington, D.C. 20005, counsel to defendant Boston Communications Group, Inc., hereby certify that:

1. I am a member in good standing of the highest courts of the District of Columbia and the State of Maryland. I am also a member in good standing to practice before the United States Court of Appeals for the Federal Circuit, the United States Court of Federal Claims, and the United States District Court for the District of Maryland;

2. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction;

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

4.    My email address is dgrossman@wc.com.

November 28, 2005

_____
Dov P. Grossman

LIT 1551371v.1