UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FREEDOM WIRELESS, INC.,

    Plaintiff,

v.

BOSTON COMMUNICATIONS GROUP,
INC. and NEXTEL COMMUNICATIONS,
INC.

    Defendants.

Civil Action No. 05-CV-11061-EFH

**REPLY TO COUNTERCLAIMS OF NEXTEL COMMUNICATIONS, INC.**

Plaintiff Freedom Wireless, Inc. ("Freedom Wireless") replies to the Counterclaims of defendant Nextel Communications, Inc. ("Nextel") by specifically denying each and every allegation they contain, except those that are specifically admitted, modified, or qualified in this Reply.

**COUNT I**

**"DECLARATORY RELIEF FOR THE '067 PATENT"**

(40)    Paragraph (40) of the Counterclaims states a legal conclusion as to which no response is required.

(41)    Paragraph (41) of the Counterclaims states a legal conclusion as to which no response is required.

(42)    Paragraph (42) of the Counterclaims states a legal conclusion as to which no response is required.

(43)    Denied.

(44)    Freedom Wireless denies the averments set forth in paragraphs (28) to (33), (35), and (37) to (39) of the Counterclaims.

1

## COUNT II

## "DECLARATORY RELIEF FOR THE '823 PATENT"

(45)    Paragraph (45) of the Counterclaims states a legal conclusion as to which no response is required.

(46)    Paragraph (46) of the Counterclaims states a legal conclusion as to which no response is required.

(47)    Paragraph (47) of the Counterclaims states a legal conclusion as to which no response is required.

(48)    Denied.

(49)    Freedom Wireless denies the averments set forth in paragraphs (28) to (33), (35), and (37) to (39) of the Counterclaims.

## FIRST ADDITIONAL DEFENSE

Nextel's Counterclaims that the '067 Patent is invalid and unenforceable are barred by the doctrines of collateral estoppel and *res judicata*.

## SECOND ADDITIONAL DEFENSE

Nextel's Counterclaims that the '823 Patent is invalid and unenforceable are barred by the doctrines of collateral estoppel and *res judicata*.

## PRAYERS FOR RELIEF

Freedom Wireless prays that:

(A)    the Counterclaims be dismissed with prejudice;

(B)    Freedom Wireless be granted the relief requested in the Complaint;

(C)    Freedom Wireless be awarded its costs of suit; and

(D)    the Court enter an order for such other and further relief as this Court deems just and proper.

LIBA/1654615.2

                                                Respectfully submitted,

                                                FREEDOM WIRELESS, INC.,
By its attorneys,

/s/ John Kenneth Felter
John Kenneth Felter (BBO #162540)
Paul F. Ware, Jr. (BBO #516240)
Douglas C. Doskocil (BBO #558949)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

Dated: December 16, 2005

3