UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>BOSTON COMMUNICATIONS GROUP,<br>INC. and NEXTEL COMMUNICATIONS,<br>INC.<br><br>             Defendants. | Civil Action No. 05-CV-11061-EFH |

**REPLY TO COUNTERCLAIMS OF BOSTON COMMUNICATIONS GROUP, INC.**

Plaintiff Freedom Wireless, Inc. ("Freedom Wireless") replies to the Counterclaims of defendant Boston Communications Group, Inc. ("BCGI") by specifically denying each and every allegation they contain, except those that are specifically admitted, modified, or qualified in this Reply.

(1)     Paragraph (1) of the Counterclaims states a legal conclusion as to which no response is required.

(2)     Paragraph (2) of the Counterclaims states a legal conclusion as to which no response is required.

**"THE PARTIES"**

(3)     Admitted, upon information and belief.

(4)     Admitted.

**"JURISDICTION"**

(5)     Paragraph (5) of the Counterclaims states a legal conclusion as to which no response is required.

LIBA/1654627.2

(6)     Paragraph (6) of the Counterclaims states a legal conclusion as to which no response is required.

## "THE PATENTS IN SUIT"

(7)     Admitted.

(8)     Admitted.

(9)     Admitted.

(10)    Admitted.

(11)    Admitted.

## "FIRST COUNTERCLAIM"

"(Declaratory Judgment of Non-Infringement of the '067 Patent)"

(12)    Freedom Wireless repeats and incorporates by reference its responses to paragraphs (1) through (11) of this Reply.

(13)    Paragraph (13) of the Counterclaims states a legal conclusion as to which no response is required.

(14)    Denied.

(15)    Denied.

## "SECOND COUNTERCLAIM"

"(Declaratory Judgment of Invalidity of the '067 Patent)"

(16)    Freedom Wireless repeats and incorporates by reference its responses to paragraphs (1) through (15) of this Reply.

(17)    Paragraph (17) of the Counterclaims states a legal conclusion as to which no response is required.

(18)    Denied.

(19)    Denied.

### "THIRD COUNTERCLAIM"

"(Declaratory Judgment of Unenforceability of the '067 Patent)"

(20)    Freedom Wireless repeats and incorporates by reference its responses to paragraphs (1) through (19) of this Reply.

(21)    Paragraph (21) of the Counterclaims states a legal conclusion as to which no response is required.

(22)    Denied.

(23)    Denied.

### "FOURTH COUNTERCLAIM"

"(Declaratory Judgment of Non-Infringement of the '823 Patent)"

(24)    Freedom Wireless repeats and incorporates by reference its responses to paragraphs (1) through (23) of this Reply.

(25)    Paragraph (25) of the Counterclaims states a legal conclusion as to which no response is required.

(26)    Denied.

(27)    Denied.

### "FIFTH COUNTERCLAIM"

"(Declaratory Judgment of Invalidity of the '823 Patent)"

(29)    Freedom Wireless repeats and incorporates by reference its responses to paragraphs (1) through (28) of this Reply.

(30)    Paragraph (30) of the Counterclaims states a legal conclusion as to which no response is required.

(31)    Denied.

(32)    Denied.

## "SIXTH COUNTERCLAIM"

"(Declaratory Judgment of Unenforceability of the '823 Patent)"

(33)   Freedom Wireless repeats and incorporates by reference its responses to paragraphs (1) through (32) of this Reply.

(34)   Paragraph (34) of the Counterclaims states a legal conclusion as to which no response is required.

(35)   Denied.

(36)   Denied.

## FIRST ADDITIONAL DEFENSE

BCGI's Counterclaims that the '067 Patent is invalid and unenforceable are barred by the doctrines of collateral estoppel and *res judicata*.

## SECOND ADDITIONAL DEFENSE

BCGI's Counterclaims that the '823 Patent is invalid and unenforceable are barred by the doctrines of collateral estoppel and *res judicata*.

## PRAYERS FOR RELIEF

Freedom Wireless prays that:

(A)   the Counterclaims be dismissed with prejudice;

(B)   Freedom Wireless be granted the relief requested in the Complaint;

(C)   Freedom Wireless be awarded its costs of suit; and

(D)   the Court enter an order for such other and further relief as this Court deems just and proper.

        Respectfully submitted,

        FREEDOM WIRELESS, INC.,
        By its attorneys,

        <u>/s/ John Kenneth Felter</u>
        John Kenneth Felter (BBO #162540)
        Paul F. Ware, Jr. (BBO #516240)
        Douglas C. Doskocil (BBO #558949)
        GOODWIN PROCTER LLP
        Exchange Place
        53 State Street
        Boston, MA 02109
        (617) 570-1000

Dated: December 16, 2005