IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>             Plaintiff,<br><br>    v.<br><br>BOSTON COMMUNICATIONS GROUP,<br>INC. and NEXTEL COMMUNICATIONS,<br>INC.<br><br>             Defendants. | Civil Action No. 05-11061 EFH |

**MOTION FOR ADMISSION PRO HAC VICE
OF CERTAIN ATTORNEYS FOR NEXTEL COMMUNICATIONS, INC.**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Victoria L. Walton, Esq., a member in good standing of the bar of this District Court, hereby moves that Attorney Nathaniel Grow ("Attorney Grow") and Attorney Cameron W. Beddard ("Attorney Beddard") of the law firm, Crowell & Moring, LLP, 1001 Pennsylvania Avenue, N.W., Washington, DC 20004 (phone 202-624-2500; fax 202-628-5116), be allowed to appear on behalf of Nextel Communications, Inc. ("Nextel") and practice in this Court, pro hac vice, in this action. As grounds for this Motion, the undersigned states as follows:

1.    Attorney Grow (1) is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, including the Supreme Court of Ohio; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) is familiar with the Local Rules of the United States District Court for the District of

Massachusetts. A certificate pursuant to Local Rule 83.5.3(b) signed by Attorney Grow is attached hereto as Exhibit A.

2.  Attorney Beddard (1) is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, including the District of Columbia Court of Appeals and the Court of Appeals of Maryland; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) is familiar with the Local Rules of the United States District Court for the District of Massachusetts. A certificate pursuant to Local Rule 83.5.3(b) signed by Attorney Beddard is attached hereto as Exhibit B.

3.  Attorney Grow and Attorney Beddard are lead counsel to Nextel.

4.  Counsel for plaintiff Freedom Wireless, Inc. has informed counsel to Nextel that plaintiff does not oppose this Motion for Admission Pro Hac Vice.

5.  The undersigned attorney has previously appeared in this action.

WHEREFORE, the undersigned respectfully requests allowance of this Motion.

    Respectfully submitted,

    NEXTEL COMMUNICATIONS, INC.
    By their attorneys,

    /s/Victoria L. Walton
    Victoria L. Walton (BBO #650999)
    vwalton@burnslev.com
    BURNS & LEVINSON LLP
    125 Summer Street
    Boston, MA 02110-1624
    Telephone: 617-345-3000
    Facsimile: 617-345-3299

Dated: January 10, 2006

## LOCAL RULE 7.1 CERTIFICATE

    I certify that counsel for the moving party conferred with plaintiff's counsel in this action on the matters set forth in the foregoing motion and report that plaintiff's counsel does not oppose the relief sought herein.


Date: January 10, 2006                                      /s/Victoria L. Walton
                                                                          Victoria L. Walton, Esq.
                                                                          Attorney for Moving Party
                                                                          NEXTEL COMMUNICATIONS, INC.

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>BOSTON COMMUNICATIONS GROUP, INC. and NEXTEL COMMUNICATIONS, INC.<br><br>              Defendants. | CIVIL ACTION No. 05-11061 EFH |

## RULE 83.5.3 CERTIFICATE OF NATHANIEL GROW

I, Nathaniel Grow, hereby certify as follows:

1. I am a member in good standing in every jurisdiction where I have been admitted, such jurisdictions including the Supreme Court of Ohio.

2. As far as I know, there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury, this 9th day of January, 2006.

                                              /s/Nathaniel Grow
                                              Nathaniel Grow

00983729

**EXHIBIT B**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON COMMUNICATIONS GROUP, INC. and NEXTEL COMMUNICATIONS, INC. <br><br> Defendants. | CIVIL ACTION No. 05-11061 EFH |

## **RULE 83.5.3 CERTIFICATE OF CAMERON W. BEDDARD**

I, Cameron W. Beddard, hereby certify as follows:

1. I am a member in good standing in every jurisdiction where I have been admitted, such jurisdictions including the District of Columbia Court of Appeals and the Court of Appeals of Maryland.

2. As far as I know, there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury, this 9th day of January, 2006.

/s/Cameron W. Beddard
Cameron W. Beddard

00983730