UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON COMMUNICATIONS GROUP, INC. and NEXTEL COMMUNICATIONS, INC. <br><br> Defendants. | CIVIL ACTION No. 05-11061 EFH |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) of the United States District Court, District of Massachusetts, counsel for plaintiff Freedom Wireless, Inc. ("Freedom Wireless") and Freedom Wireless hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: February 9, 2006

FREEDOM WIRELESS, INC.

By its attorneys,

/s/ John Kenneth Felter
Paul F. Ware, Jr. (BBO # 516240)
John Kenneth Felter (BBO # 162540)
Douglas C. Doskocil (BBO # 558949)
Goodwin Procter LLP
Exchange Place
Boston, MA 02109-2881
Tel: (617) 570-1000
Fax: (617) 523-1231
LIBA/1673962.1

By its authorized representative,

/s/ Larry L. Day
Larry L. Day
President

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 9, 2006.

                                                /s/ John Kenneth Felter
                                                John Kenneth Felter