IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>BOSTON COMMUNICATIONS GROUP, INC. and NEXTEL COMMUNICATIONS, INC.<br><br>                Defendants. | Civil Action No. 05-11061 EFH |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) of the United States District Court, District of Massachusetts, Nextel Communications, Inc. and its counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: February 10, 2006

Respectfully submitted,

NEXTEL COMMUNICATIONS, INC.

| By their attorneys, | By its authorized representative, |
|---|---|
| /s/Dennis J. Kelly<br>Dennis J. Kelly (BBO # 266340)<br>dkelly@burnslev.com<br>Victoria L. Walton (BBO # 650999)<br>vwalton@burnslev.com<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA 02110-1624<br>Telephone: 617-345-3000<br>Facsimile: 617-345-3299 | /s/Susan Z. Haller<br>Susan Z. Haller<br>Vice President |

Richard McMillan, Jr. (admitted pro hac vice)
rmcmillan@crowell.com
Michael J. Songer (admitted pro hac vice)
msonger@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 10, 2006.

                                                /s/Victoria L. Walton _____
                                                Victoria L. Walton