**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **FREEDOM WIRELESS, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**BOSTON COMMUNICATIONS GROUP,** )<br>**INC. and NEXTEL COMMUNICATIONS,** )<br>**INC.,** )<br>)<br>**Defendants.** )<br>_____) | **Civil Action No. 05-11061 EFH** |

**DEFENDANT BOSTON COMMUNICATIONS GROUP, INC.**
**CERTIFICATION PURSUANT TO RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), Defendant Boston Communications Group, Inc. ("BCGI") and its counsel state as follows:

1. BCGI has conferred with its counsel with a view to establishing a budget for the cost of conducting the full course – and various alternative courses – of the subject litigation.

2. BCGI has conferred with its counsel to consider the resolution of the subject litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

__/s/ Alan J. Bouffard_____
Alan J. Bouffard
Vice President, General Counsel and Secretary
Boston Communications Group, Inc.
55 Middlesex Turnpike
Bedford, MA  01730

Respectfully submitted,


  /s/ Dean G. Bostock
Patrick J. Sharkey (BBO # 454820)
Dean G. Bostock (BBO # 549747)
MINTZ LEVIN COHN FERRIS
    GLOVSKY and POPEO P.C.
One Financial Center
Boston, MA  02111
Tel:  (617) 542-6000
Fax:  (617) 542-2241

Bruce R. Genderson
David C. Kiernan
Philip A. Sechler
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Tel:  (202) 434-5000
Fax:  (202) 434-5029

*Attorneys for Defendant Boston Communications Group, Inc.*

Dated:  February 10, 2006