UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *

FREEDOM WIRELESS, INC.,
                Plaintiff

            v.                          CIVIL ACTION NO.:
                                        05-11061-EFH

BOSTON COMMUNICATIONS GROUP,
INC., ET AL.,
                Defendants.

* * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

February 16, 2005

HARRINGTON, S.D.J.

After a scheduling hearing and review of the documents filed herein, the Court issues the below Scheduling Order:

### PLAINTIFF'S DISCOVERY PLAN

A.    <u>Initial Disclosures/Automatic Required Disclosures (Fed.R.Civ.P. 26(a)(1) and L.R. 26.2)</u>

        February 17, 2006:        The parties will exchange initial disclosures/automatic required disclosures.

B.    <u>Cooperative Discovery (L.R.26.1(A))</u>

        February 24, 2006:        Freedom Wireless will supply Nextel with indices of all discovery materials from *Freedom Wireless I*, including depositions, deposition exhibits and documents produced by all parties in that case. Upon request, Freedom Wireless will make available *Freedom Wireless I* discovery materials selected by Nextel within ten (10) business days.

        April 17, 2006:        All parties will serve a detailed description of what additional fact discovery may be needed. *See* Fed.R.Civ.P. 26(f)(2).

C.  Additional Fact Discovery

    October 27, 2006:    All fact discovery, including depositions, will be completed. Freedom Wireless will be limited to make the following discovery: twenty-five (25) depositions, fifty (50) interrogatories, thirty (30) requests for admissions, and four (4) separate sets of requests for production. BCGI and Nextel will each be limited to make the following discovery: ten (10) depositions, twenty-five (25) interrogatories, fifteen (15) requests for admissions and two (2) separate sets of requests for production.

D.  Expert Disclosures and Discovery

    November 17, 2006:    The parties will exchange disclosures of expert testimony, including written reports or affidavits of expert witness' statements, as required by Fed.R.Civ.P. 26(a)(2) and L.R. 16.5(c).

    December 15, 2006:    The parties will exchange rebuttal expert written reports.

    January 19, 2007:    All expert discovery, including depositions, will be completed.

    April 27, 2007:    All parties will exchange supplementations to expert disclosures, as required by Fed.R.Civ.P. 26(e)(1). *See* Fed.R.Civ.P. 26(a)(3).

## PLAINTIFF'S MOTIONS/HEARING PLAN

A.  Claim Construction

    July 7, 2006:    All parties will exchange proposed claim construction statements.

    August 11, 2006:    All parties will submit a joint claim construction statement.

    August 24, 2006:    The Court will hold a *Markman* hearing on claim construction. (Or as soon thereafter as is convenient for the Court.)

B.  Summary Judgment

   Round One:

   | | |
   |---|---|
   | August 7, 2006: | All parties (if desired) will file motions for summary judgment on *res judicata* and collateral estoppel grounds. |
   | August 28, 2006: | All opposition to the above summary judgment motions will be filed. |
   | September 5, 2006: | All replies to the above oppositions will be filed. |
   | September 19, 2006: | The Court will hold a hearing on the first round of motions for summary judgment.  (Or as soon thereafter as is convenient for the Court.) |

   Round Two:

   | | |
   |---|---|
   | February 16, 2007: | (One month after close of expert discovery.)  Parties will file any additional motions for summary judgment. |
   | March 9, 2007: | All oppositions to above summary judgment motions will be filed. |
   | March 16, 2007: | All replies to the above oppositions will be filed. |
   | April 3, 2007: | The Court will hold a hearing on the second round of motions for summary judgment.  (Or as soon thereafter as is convenient for the Court.) |

PLAINTIFF'S AMENDMENT TO PLEADINGS/JOINDER OF PARTIES' PLAN

| | |
|---|---|
| August 7, 2006: | All motions to amend the pleadings or to join parties will be filed. |
| ` August 21, 2006: | Any oppositions to above motions will be filed. |

PLAINTIFF'S CASE MANAGEMENT/SETTLEMENT CONFERENCE PLAN

| | |
|---|---|
| February 6, 2007: | (After completion of all discovery.)  The Court will hold a case management and settlement conference.  (Or as soon thereafter as is convenient for the Court.)  *See* Fed.R.Civ.P. 16 and L.R. 16.3. |

PLAINTIFF'S PRETRIAL ACTIVITIES PLAN

| | |
|---|---|
| April 30, 2007: | All parties will file pretrial disclosures, as required by Fed.R.Civ.P. 26(a)(3) and L.R. 16.5(c). |
| May 7, 2007: | All parties will file and serve a list disclosing objections to use of designated deposition testimony, the admissibility of identified materials, or the use of other evidence identified in the pretrial disclosures, as required by Fed.R.Civ.P. 26(a)(3). |
| May 14, 2007: | Last day for counsel for the parties to confer for the purpose of jointly preparing a pretrial memorandum. |
| May 21, 2007: | The parties will file a Joint Pretrial Memorandum and Trial Briefs, as required by L.R. 16.5(D) and (F).  In addition, any party who intends to object to the qualifications of any expert witness, or to the introduction of any proposed exhibit related to that expert's testimony, will give written notice of the grounds of objection, together with supporting authority, to all other parties, as required by L.R. 26.4 and L.R. 16.5(C). |
| May 29, 2007: | The Court will hold the Final Pretrial Conference.  (Or as soon thereafter as is convenient for the Court.)  *See* Fed.R.Civ.P. 16(d) and L.R. 16.5. |

SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge