UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON COMMUNICATIONS GROUP, INC. and NEXTEL COMMUNICATIONS, INC. <br><br> Defendants. | Civil Action No. 05-CV-11061-EFH |

**INITIAL DISCLOSURES OF PLAINTIFF FREEDOM WIRELESS, INC. PURSUANT TO FED. R. CIV. P. 26(a)(1) AND LR 26.2(A)**

Plaintiff Freedom Wireless, Inc. ("Freedom Wireless"), pursuant to Fed. R. Civ. P. 26(a)(1) and LR 26.2(A), provides the following written statement of initial disclosures to defendants Boston Communications Group, Inc. ("BCGI") and Nextel Communications, Inc. ("Nextel," and together with BCGI, "defendants" ).

These disclosures are based on information presently available to Freedom Wireless. Freedom Wireless reserves the right to supplement, amend, modify or alter its Initial Disclosures as additional information becomes available and if required by Fed. R. Civ. P. 26(e).

Further, by making these disclosures, Freedom Wireless does not represent that it is identifying all information and every document, tangible thing, or witness relevant to this action, nor does Freedom Wireless waive its rights to object to the production of any information, document or tangible thing disclosed on the basis of any privilege, the work product doctrine, relevance, undue burden or any other valid objection. Rather, Freedom Wireless's disclosures represent a good faith effort to identify information it reasonably believes may support its claims and defenses as required by Fed. R. Civ. P. 26(a)(1) and LR 26.2(A).

All disclosures made herein are made subject to the above objections and qualifications.

1

Disclosure under Rule 26(a)(1)(A): The following chart provides the name and, if known, the address and telephone number of each individual presently known by Freedom Wireless that is likely to have discoverable information that Freedom Wireless may use to support its claims and defenses, unless used solely for impeachment.

| | **NAME** | **AREA OF KNOWLEDGE** | **LAST KNOWN ADDRESS** |
|---|---|---|---|
| 1 | Larry Day | Marketing and promotion | Freedom Wireless Inc.<br>132 South Central Avenue, Suite 232<br>Phoenix, AZ 85004<br>602-664-1053 |
| 2 | Doug Fougnies | Inventor | Freedom Wireless Inc.<br>132 South Central Avenue, Suite 232<br>Phoenix, AZ 85004<br>602-664-1053 |
| 3 | Dan Harned | Inventor | Freedom Wireless Inc.<br>132 South Central Avenue, Suite 232<br>Phoenix, AZ 85004<br>602-664-1053 |
| 4 | William Wessman | BCGI system; BCGI relationship with carriers | Boston Communications Group, Inc.<br>55 Middlesex Turnpike<br>Bedford, MA 01730<br>617-692-7000 |
| 5 | Elias Snowden | BCGI system; BCGI relationship with carriers; willfulness | Boston Communications Group, Inc.<br>55 Middlesex Turnpike<br>Bedford, MA 01730<br>617-692-7000 |
| 6 | Thomas Erskine | BCGI system; BCGI relationship with carriers | Boston Communications Group, Inc.<br>55 Middlesex Turnpike<br>Bedford, MA 01730<br>617-692-7000 |
| 7 | Robert Sullivan | BCGI system; BCGI relationship with carriers | Boston Communications Group, Inc.<br>55 Middlesex Turnpike<br>Bedford, MA 01730<br>617-692-7000 |

| | | | |
|---|---|---|---|
| 8 | Kimberly Obremski | BCGI system; BCGI relationship with carriers | Boston Communications Group, Inc.<br>55 Middlesex Turnpike<br>Bedford, MA 01730<br>617-692-7000 |
| 9 | Peter Zuyus, Jr. | BCGI system | Boston Communications Group, Inc.<br>55 Middlesex Turnpike<br>Bedford, MA 01730<br>617-692-7000 |
| 10 | Kenneth Sonberg | BCGI system | Boston Communications Group, Inc.<br>55 Middlesex Turnpike<br>Bedford, MA 01730<br>617-692-7000 |
| 11 | Brian Boyle | BCGI system | Boston Communications Group, Inc.<br>55 Middlesex Turnpike<br>Bedford, MA 01730<br>617-692-7000 |
| 12 | Paul Senn | BCGI system | Boston Communications Group, Inc.<br>55 Middlesex Turnpike<br>Bedford, MA 01730<br>617-692-7000 |
| 13 | Linda Star | Cellexis | Freedom Wireless, Inc.<br>132 South Central Ave.<br>Suite 232<br>Phoenix, AZ 85004<br>602-664-1053 |
| 14 | Ersin Galigou | Damages | Boston Communications Group, Inc.<br>55 Middlesex Turnpike<br>Bedford, MA 01730<br>617-692-7000 |
| 15 | Robert Goldscheider | Damages | 1175 Park Avenue, No. 3<br>New York, NY 10128-1211<br>212-360-6900 |
| 16 | Alan Bouffard | Willfulness; Damages | Boston Communications Group, Inc.<br>55 Middlesex Turnpike<br>Bedford, MA 01730<br>617-692-7000 |
| 17 | Thomas Hemnes | Willfulness | Foley Hoag LLP<br>Seaport World Trade Center West<br>155 Seaport Blvd.<br>Boston, MA 02210-2600<br>617-832-1000 |

| 18 | Edward Kelly | Willfulness | Ropes & Gray LLP<br>One International Place<br>Boston, MA 02110<br>617-951-7000 |
|---|---|---|---|
| 19 | Stanley Schurgin | Willfulness | Weingarten Schurgin Gagnebin and Lebovici LLP<br>Ten Post Office Square<br>Boston, MA 02109<br>617-542-2290 |
| 20 | Theodore Rich | Banana Cellular | 6925 West Topeka Drive<br>Glendale, AZ 85303 |
| 21 | George Reither | Cominex | 55 John Street, 2nd Floor<br>New York, NY 10038-3712 |
| 22 | Abram Narkunski | Cominex | 200 Country Club Drive<br>Linwood, NJ 08221-2533 |
| 23 | Scott Silvey | Cominex, CSI | 322 Cutty Sark Way<br>Alpharetta, GA 30005-4230<br>678-339-0599 |
| 24 | Robert Pressman | Licensing | Bramson & Pressman<br>1100 East Hector Street<br>Conshohocken, PA 19428<br>610-260-4444 |
| 25 | Laura Zeman | Prosecution of patents in suit | Snell & Wilmer LLP<br>One Arizona Center<br>Phoenix, AZ 85004-2202<br>602-382-6000 |
| 26 | Paul Wille | Prosecution of patents in suit | 6407 East Clinton Street<br>Scottsdale, AZ 85254<br>602-549-9088 |
| 27 | David Rosenbaum | Prosecution of patents in suit | 650 Dundee Road, Ste. 380<br>Northbrook, IL 60062<br>847-770-6000 |
| 28 | Douglas Dunipace | Prosecution of patents in suit | Jennings, Strouss & Salmon<br>The Collier Center, 11th Floor<br>201 East Washington Street<br>Phoenix, AZ 85004-2385<br>602-262-5911 |
| 29 | Robert von Hellens | Prosecution of patents in suit | Cahill, Von Hellens & Glazer, PLC<br>2141 East Highland Avenue, Suite 155<br>Phoenix, AZ 85016<br>602-256-7000 |
| 30 | John Phillips | Prosecution of patents in suit | Fish & Richardson<br>12390 El Camino Real<br>San Diego, CA 92130<br>858-678-4304 |

| 31 | James Mrose | Prosecution of patents in suit | Fish & Richardson<br>1425 K Street NW, Suite 1100<br>Washington, DC 20005<br>202-783-5070 |
| --- | --- | --- | --- |
| 32 | Gary Walpert | Prosecution of patents in suit | Wilmer Cutler Pickering Hale & Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>617-526-6000 |
| 33 | David Fairbairn | Prosecution of patents in suit | Kinney and Lange<br>312 South Third Street<br>Minneapolis, MN 55415-1002 |
| 34 | Richard Krieger | Cellexis | 1 Knights Place<br>St. Leonard's Road<br>Windsor, UK |
| 35 | Kirk Thompson | Cellexis | Quincy Street, Corp.<br>1635 E. Seldon Lane, Phoenix, AZ. 85020<br>602 694-4231 |
| 36 | Mark Thompson | Cellexis | Quincy Street, Corp.<br>1635 E. Seldon Lane, Phoenix, AZ. 85020<br>602 694-4231 |
| 37 | Don Wickstrom | Cellexis | 10250 North 39th Street<br>Phoenix, AZ 85028<br>602-494-9580 |
| 38 | Gerald Frugoli | Cellexis | Mountain View, CA 94040<br>650-968-4892 |
| 39 | Kenneth Widner | Cellexis | Freedom Strategic Partners<br>132 South Central Avenue<br>Phoenix, AZ |
| 40 | Charles Cella | BountyQuest | GTC Law Group LLP<br>70 Wells Avenue<br>Newton, MA 02459<br>617-227-0001 |
| 41 | Emily Bender | Orbital | Orbital Sciences Corp.<br>21839 Atlantic Blvd<br>Dulles, VA 20166<br>703-406-5000 |

Disclosure under Rule 26(a)(1)(B): The following list describes categories of documents that are currently in the possession, custody, and control of Freedom Wireless and that Freedom Wireless may use to support its claims or defenses, unless used solely for impeachment. Certain documents produced during discovery in *Freedom Wireless, Inc. v. Boston Communications Group, Inc., et al.*, (D. Mass.) (No. 00-CV-12234-EFH) may be subject to the Joint Stipulation

5

and Protective Order entered in that case and, therefore, Freedom Wireless will produce such documents, if permitted, subject to said Order.

(1) United States Patent Nos. 5,772,067 ("'067 Patent") and 6,157,823 ("'823 Patent");

(2) documents concerning conception and reduction to practice of the '067 Patent and '823 Patent;

(3) documents admitted into evidence at trial in *Freedom Wireless, Inc. v. Boston Communications Group, Inc.*, *et al.* (D. Mass.) (No. 00-CV-12234-EFH);

(4) documents marked for identification at trial in *Freedom Wireless, Inc. v. Boston Communications Group, Inc.*, *et al.* (D. Mass.) (No. 00-CV-12234-EFH);

(5) documents identified by any party as proposed exhibits but not admitted into evidence or marked for identification at trial in *Freedom Wireless, Inc. v. Boston Communications Group, Inc., et al.* (D. Mass.) (No. 00-CV-12234-EFH);

(6) documents produced during discovery by any party in *Freedom Wireless, Inc. v. Boston Communications Group, Inc., et al.* (D. Mass.) (No. 00-CV-12234-EFH);

(7) documents related to prosecution of the '067 Patent and '823 Patent;

(8) documents related to the validity of the '067 Patent and '823 Patent;

(9) documents containing descriptions of BCGI's prepaid wireless system;

(10) marketing and promotional material that describe BCGI's system; and

(11) documents demonstrating Freedom Wireless's damages, including but not limited to documents related to the determination of a reasonable royalty and/or lost profits.

Disclosure under Rule 26(a)(1)(C): Freedom Wireless seeks damages caused by defendants' infringement of the '067 Patent and '823 Patent. Damages are subject to expert testimony and analysis, and may include, without limitation, a reasonable royalty and lost profits. A calculation of damages requires discovery from defendants which has not yet been made. Freedom Wireless also seeks trebling of such damages, together with interest thereon, as well as its reasonable attorneys' fees and costs, and any other relief the Court deems appropriate. Freedom Wireless cannot calculate this amount at the present time.

Disclosure under Rule 26(a)(1)(D):  Freedom Wireless is presently unaware of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

The undersigned hereby certifies that to the best of his knowledge, information, and belief, formed after a reasonable inquiry, the disclosures above are complete and accurate as of the time that they are made.

>Respectfully submitted,
>
>FREEDOM WIRELESS, INC.,
>By its attorneys,
>
>/s/ John Kenneth Felter
>John Kenneth Felter (BBO #162540)
>Paul F. Ware, Jr. (BBO #516240)
>Douglas C. Doskocil (BBO #558949)
>GOODWIN PROCTER LLP
>Exchange Place
>53 State Street
>Boston, MA 02109
>(617) 570-1000

Dated: February 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 17, 2006.

>/s/ John Kenneth Felter
>John Kenneth Felter

LIBA/1675362.1