UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BOSTON COMMUNICATIONS GROUP, INC. and NEXTEL COMMUNICATIONS, INC.<br><br>　　　　　Defendants. | CIVIL ACTION No. 05-11061 EFH |

## NOTICE OF APPEARANCE OF ANITA BAPOOJI RYAN

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Anita Bapooji Ryan of Goodwin Procter LLP as one of the counsel of record for Freedom Wireless, Inc. in the above-captioned matter.

Dated: February 23, 2006

Respectfully submitted,

PLAINTIFF FREEDOM WIRELESS, INC.

By its attorneys,

/s/ Anita Bapooji Ryan
Paul F. Ware, Jr. (BBO # 516240)
John Kenneth Felter (BBO # 162540)
Douglas C. Doskocil (BBO # 558949)
Anita Bapooji Ryan (BBO # 664657)
Goodwin Procter LLP
Exchange Place
Boston, MA  02109-2881
Tel:  (617) 570-1000
Fax:  (617) 523-1231

LIBA/1677764.1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 23, 2006.

                                                      /s/ Anita Bapooji Ryan
                                                   Anita Bapooji Ryan