IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>               Plaintiff,<br><br>     v.<br><br>BOSTON COMMUNICATIONS GROUP, INC. and NEXTEL COMMUNICATIONS, INC.<br><br>               Defendants. | Civil Action No. 05-11061 EFH |

**ASSENTED TO MOTION TO RESCHEDULE *MARKMAN* HEARING AND HEARING ON FIRST ROUND OF MOTIONS FOR SUMMARY JUDGMENT**

Defendant and Plaintiff-in-Counterclaim Nextel Communications, Inc. ("Nextel") hereby moves this Court to reschedule the *Markman* hearing to September 18, 2006 and the first round summary judgment hearing to September 26, 2006, on the grounds that (1) lead counsel for Nextel will be out of the country on the date currently scheduled for the *Markman* hearing, and (2) the proposed new *Markman* hearing date is too close to the scheduled date for the first round summary judgment hearing, and several days' separation between the two hearings would give the parties appropriate time to prepare for the summary judgment hearing.

In support of this Motion, Nextel states the following:

1.     In this Court's Initial Scheduling Order of February 16, 2006, the *Markman* hearing was scheduled for August 24, 2006. Lead counsel for Nextel will be out of the country then and through August 31, 2006, on a long-planned trip to Scotland. Because lead counsel's attendance at the *Markman* hearing is critical, Nextel requests

that the *Markman* hearing date be moved to September 18, 2006, or as soon thereafter as is convenient for the Court. (All parties' counsel are available alternatively on September 19, 20 and 21 as well.)

2. In its Scheduling Order, the Court scheduled the hearing on the first round of motions for summary judgment for September 19, 2006. If the *Markman* hearing is rescheduled to September 18, 2006 or a later date, the parties would need time after the *Markman* hearing to prepare adequately for the summary judgment hearing. In such instance, moving the summary judgment hearing date to the week after the *Markman* hearing, and more specifically to September 26, 2006, or as soon thereafter as is convenient for the Court, would promote the fair and efficient administration of justice. (All parties' counsel are available alternatively, on September 27 and 28 as well.)

3. Nextel has discussed these proposed new hearing dates with counsel for Plaintiff Freedom Wireless, Inc. and Defendant Boston Communications Group, Inc., and both parties (constituting all the other parties to this action) have assented to this Motion.

WHEREFORE, the undersigned respectfully requests allowance of this Motion.

    Respectfully submitted,

    NEXTEL COMMUNICATIONS, INC.
    By their attorneys,

    /s/Dennis J. Kelly
    Dennis J. Kelly (BBO # 266340)
    dkelly@burnslev.com
    Victoria L. Walton (BBO # 650999)
    vwalton@burnslev.com
    BURNS & LEVINSON LLP
    125 Summer Street
    Boston, MA 02110-1624
    Telephone: 617-345-3000
    Facsimile: 617-345-3299

>Richard McMillan, Jr. (admitted *pro hac vice*)
>rmcmillan@crowell.com
>Michael J. Songer (admitted *pro hac vice*)
>msonger@crowell.com
>CROWELL & MORING, LLP
>1001 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004
>Telephone: (202) 624-2500
>Facsimile: (202) 628-5116

Dated:   February 28, 2006

ASSENTED TO:

| FREEDOM WIRELESS, INC.,<br>By its attorneys, | BOSTON COMMUNICATIONS<br>GROUP, INC.,<br>By its attorneys, |
|---|---|
| /s/John Kenneth Felter<br>John Kenneth Felter (BBO# 162540)<br>kahuna@goodwinprocter.com<br>Paul F. Ware, J., P.C. (BBO# 516240)<br>pware@goodwinprocter.com<br>Douglas C. Doskocil (BBO# 559849)<br>ddoskocil@goodwinprocter.com<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Telephone: (617) 570-1000<br>Facsimile:  (617) 523-1230 | /s/Dean G. Bostock<br>Dean G. Bostock (BBO# 5490747)<br>DGBostock@mintz.com<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO P.C.<br>One Financial Center<br>Boston, MA 02111<br>Telephone (617) 542-6000<br>Facsimile (617) 542-2241<br><br>David C. Kiernan<br>dkiernan@wc.com<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth St., N.W.<br>Washington, DC 20005<br>Telephone: (202) 434-5191<br>Facsimile:  (202) 424-5029 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 28, 2006.

                                                                  _/s/Victoria L. Walton_____
                                                                  Victoria L. Walton