# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FREEDOM WIRELESS, INC.,
     Plaintiff

    v.         CIVIL ACTION NO.:
               05-11061-EFH

BOSTON COMMUNICATIONS GROUP,
INC. and NEXTEL COMMUNICATIONS,
INC.,
     Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

March 1, 2006

HARRINGTON, S.D.J.

  A Markham hearing in this case is scheduled for **Tuesday, September 26, 2006**, at 2:00 P.M., and the first round summary judgment hearing is scheduled for **Tuesday, October 10, 2006**, at 2:00 P.M. in Courtroom No. 13 on the Fifth Floor.

  SO ORDERED.

               /s/ Edward F. Harrington
               EDWARD F. HARRINGTON
               United States Senior District Judge