UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>　Plaintiff,<br><br>　v.<br><br>BOSTON COMMUNICATIONS GROUP, INC. and NEXTEL COMMUNICATIONS, INC.,<br><br>　Defendants. | CIVIL ACTION No. 05-11061 EFH |

**NOTICE OF APPEARANCE**

　Kindly enter the appearance of attorney Paul R. Mastrocola on behalf of defendant Nextel Communications, Inc.

　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　NEXTEL COMMUNICATIONS, INC.,
　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　/s/Paul R. Mastrocola
　　　　　　　　　　　　　　　　Dennis J. Kelly (BBO # 266340)
　　　　　　　　　　　　　　　　dkelly@burnslev.com
　　　　　　　　　　　　　　　　Paul R. Mastrocola (BBO #630664)
　　　　　　　　　　　　　　　　pmastrocola@burnslev.com
　　　　　　　　　　　　　　　　Victoria L. Walton (BBO # 650999)
　　　　　　　　　　　　　　　　vwalton@burnslev.com

　　　　　　　　　　　　　　　　BURNS & LEVINSON LLP
　　　　　　　　　　　　　　　　125 Summer Street
　　　　　　　　　　　　　　　　Boston, MA 02110-1624
　　　　　　　　　　　　　　　　Telephone:　(617) 345-3000
　　　　　　　　　　　　　　　　Facsimile:　(617) 345-3299

Dated:　July 20, 2006

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 20, 2006.

                                                    /s/Victoria L. Walton  
                                                    Victoria L. Walton