UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                              )
FREEDOM WIRELESS, INC.,                       )
                                              )
            Plaintiff                         )
                                              )  CIVIL ACTION NO. 05-CV-11061-EFH
v.                                            )
                                              )
BOSTON COMMUNICATIONS GROUP,                  )
INC. and NEXTEL COMMUNICATIONS, INC.,         )
                                              )
            Defendants.                       )
_____)

## JOINT MOTION TO AMENDED SCHEDULING ORDER

Plaintiff Freedom Wireless, Inc. and defendants Boston Communications Group, Inc. and Nextel Communications, Inc. hereby move for minor amendments to the February 16, 2006 Scheduling Order entered in the above-captioned action. In brief, the parties request that the Court extend the deadlines for discovery, motions and pre-trial activities by approximately one month. Under the proposed schedule, only four court dates would be affected:

The *Markman* hearing on claim construction would be moved from September 26, 2006 to October 31, 2006 (or as soon thereafter as is convenient for the Court).

The hearing on Round One motions for summary judgment would be moved from October 10, 2006 to November 13, 2006 (or as soon thereafter as is convenient for the Court).

The case management and settlement conference would be moved from February 6, 2007 to March 6, 2007 (or as soon thereafter as is convenient for the Court).

The final pre-trial Conference would be moved from May 29, 2007 to June 27, 2007 (or as soon thereafter as is convenient for the Court).

A proposed Amended Scheduling Order is attached.

Respectfully submitted,

FREEDOM WIRELESS, INC.
By its attorneys,


 /s/ John Kenneth Felter
 John Kenneth Felter (BBO #162540)
kahuna@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone:    (617) 570-1000
Facsimile:    (617) 523-1231


BOSTON COMMUNICATIONS GROUP, INC.
By its attorneys,

 /s/ Dov P. Grossman
Dean G. Bostock (BBO # 549747)
DGBostock@mintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO P.C.
One Financial Center
Boston, MA 02111
Telephone:    (617) 542-6000
Facsimile:    (617)542-2241

David C. Kiernan
dkiernan@wc.com
Dov P. Grossman
dgrossman@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005
Telephone:    (202) 434-5191
Facsimile:    (202) 434-5029

2

NEXTEL COMMUNICATIONS, INC.
By its attorneys,


 /s/ Brian M. Koide
_____
Dennis J. Kelly (BBO # 266340)
dkelly@burnslev.com
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Telephone:   (617) 345-3000
Facsimile:   (617) 345-3299

Richard McMillan, Jr. (pro hac vice)
rmcmillan@crowell.com
Brian M. Koide
bkoide@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:   (202) 624-2500
Facsimile:   (202) 628-5116


Dated: July 20, 2006

LIBA/1715823.1

## LOCAL RULE 7.1(A)(2) CERTIFICATION
## AND CERTIFICATE OF SERVICE

I, John Kenneth Felter, hereby certify that counsel for Plaintiff Freedom Wireless, Inc., conferred by e-mail and phone with opposing counsel in an effort to resolve or narrow the issues presented in this motion prior to filing, and opposing counsel assents to the relief sought herein.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 20, 2006.

/s/ John Kenneth Felter
John Kenneth Felter

LIBA/1716823.1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

```
_____
FREEDOM WIRELESS, INC.,               )
                                      )
           Plaintiff                  )
                                      )  CIVIL ACTION NO. 05-CV-11061-EFH
v.                                    )
                                      )
BOSTON COMMUNICATIONS GROUP,          )
INC. and NEXTEL COMMUNICATIONS, INC., )
                                      )
           Defendants.                )
_____ )
```

## AMENDED SCHEDULING ORDER (PROPOSED)

July ___, 2006

After considering the Joint Motion to Amend Scheduling Order, the Court issues the below Amended Scheduling Order:

## DISCOVERY

A.  Fact Discovery

| | |
|---|---|
| November 30, 2006: | All fact discovery, including depositions, will be completed.  Freedom Wireless will be limited to make the following discovery:  twenty-five (25) depositions, fifty (50) interrogatories, thirty (30) requests for admissions, and four (4) separate sets of requests for production. BCGI and Nextel will each be limited to make the following discovery:  ten (10) depositions, twenty-five (25) interrogatories, fifteen (15) requests for admissions and two (2) separate sets of requests for production. |

B.  Expert Disclosures and Discovery

| | |
|---|---|
| December 19, 2006: | The parties will exchange disclosures of expert testimony, including written reports or affidavits of expert witness' statements, as required by Fed. R. Civ. P. 26(a)(2) and L.R. 16.5(c). |
| January 17, 2007: | The parties will exchange rebuttal expert written reports. |

| | |
|---|---|
| February 21, 2007: | All expert discovery, including depositions, will be completed. |
| May 30, 2007: | All parties will exchange supplementations to expert disclosures, as required by Fed. R. Civ. P. 26(e)(1). *See* Fed. R. Civ. P. 26(a)(3). |

## MOTIONS/HEARINGS

A. <u>Claim Construction</u>

| | |
|---|---|
| September 11, 2006: | All parties will exchange initial *Markman* memoranda. |
| October 10, 2006: | All parties will exchange reply *Markman* memoranda. |
| October 31, 2006: | The Court will hold a *Markman* hearing on claim construction. (Or as soon thereafter as is convenient for the Court). |

B. <u>Summary Judgment</u>

Round One:

| | |
|---|---|
| September 18, 2006: | All parties (if desired) will file motions for summary judgment on *res judicata* and collateral estoppel grounds. |
| October 16, 2006: | All oppositions to the above summary judgment motions will be filed. |
| October 30, 2006: | All replies to the above oppositions will be filed. |
| November 13, 2006: | The Court will hold a hearing on Round One motions for summary judgment. (Or as soon thereafter as is convenient for the Court.) |

Round Two:

| | |
|---|---|
| March 21, 2007: | (One month after close of expert discovery.) Parties will file any additional motions for summary judgment. |
| April 18, 2007: | All oppositions to above summary judgment motions will be filed. |
| May 2, 2007: | All replies to the above oppositions will be filed. |

| | |
|---|---|
| May 16, 2007: | The Court will hold a hearing on Round Two motions for summary judgment. (Or as soon thereafter as is convenient for the Court.) |

### AMENDMENT TO PLEADINGS/JOINDER OF PARTIES

| | |
|---|---|
| September 6, 2006: | All motions to amend the pleadings or to join parties will be filed. |
| September 20, 2006: | Any oppositions to above motions will be filed. |

### CASE MANAGEMENT/SETTLEMENT CONFERENCE

| | |
|---|---|
| March 6, 2007: | (After completion of all discovery.) The Court will hold a case management and settlement conference. (Or as soon thereafter as is convenient for the Court.) *See* Fed. R. Civ. P. 16 and L.R. 16.3. |

### PRETRIAL ACTIVITIES

| | |
|---|---|
| May 30, 2007: | All parties will file pretrial disclosures, as required by Fed. R. Civ. P. 26(a)(3) and L.R. 16.5(c). |
| June 6, 2007: | All parties will file and serve a list disclosing objections to use of designated deposition testimony, the admissibility of identified materials, or the use of other evidence identified in the pretrial disclosures, as required by Fed. R. Civ. P. 26(a)(3). |
| June 13, 2007: | Last day for counsel for the parties to confer for the purpose of jointly preparing a pretrial memorandum. |
| June 20, 2007: | The parties will file a Joint Pretrial Memorandum and Trial Briefs, as required by L.R. 16.5(D) and (F). In addition, any party who intends to object to the qualifications of any expert witness, or to the introduction of any proposed exhibit related to that expert's testimony, will give written notice of the grounds of objection, together with supporting authority, to all other parties, as required by L.R. 26.4 and L.R. 16.5(C). |
| June 27, 2007: | The Court will hold the Final Pretrial Conference. (Or as soon thereafter as is convenient for the Court.) *See* Fed. R. Civ. P. 16(d) and L.R. 16.5. |

SO ORDERED.

                                                EDWARD F. HARRINGTON
                                                United States District Judge

LIBA/1713501.1