UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. 05-CV-11061-EFH |
| v. ) | |
| ) | |
| BOSTON COMMUNICATIONS GROUP, ) | |
| INC. and NEXTEL COMMUNICATIONS, INC., ) | |
| ) | |
| Defendants. ) | |

## AMENDED SCHEDULING ORDER (PROPOSED)

July 2*1*, 2006

After considering the Joint Motion to Amend Scheduling Order, the Court issues the below Amended Scheduling Order:

### DISCOVERY

A.  Fact Discovery

November 30, 2006:   All fact discovery, including depositions, will be completed. Freedom Wireless will be limited to make the following discovery: twenty-five (25) depositions, fifty (50) interrogatories, thirty (30) requests for admissions, and four (4) separate sets of requests for production. BCGI and Nextel will each be limited to make the following discovery: ten (10) depositions, twenty-five (25) interrogatories, fifteen (15) requests for admissions and two (2) separate sets of requests for production.

B.  Expert Disclosures and Discovery

December 19, 2006:   The parties will exchange disclosures of expert testimony, including written reports or affidavits of expert witness' statements, as required by Fed. R. Civ. P. 26(a)(2) and L.R. 16.5(c).

January 17, 2007:   The parties will exchange rebuttal expert written reports.

| | |
|---|---|
| February 21, 2007: | All expert discovery, including depositions, will be completed. |
| May 30, 2007: | All parties will exchange supplementations to expert disclosures, as required by Fed. R. Civ. P. 26(e)(1). *See* Fed. R. Civ. P. 26(a)(3). |

## MOTIONS/HEARINGS

A.  Claim Construction

| | |
|---|---|
| September 11, 2006: | All parties will exchange initial *Markman* memoranda. |
| October 10, 2006: | All parties will exchange reply *Markman* memoranda. |
| October 31, 2006: | The Court will hold a *Markman* hearing on claim construction. (Or as soon thereafter as is convenient for the Court). |

B.  Summary Judgment

Round One:

| | |
|---|---|
| September 18, 2006: | All parties (if desired) will file motions for summary judgment on *res judicata* and collateral estoppel grounds. |
| October 16, 2006: | All oppositions to the above summary judgment motions will be filed. |
| October 30, 2006: | All replies to the above oppositions will be filed. |
| November 13, 2006: | The Court will hold a hearing on Round One motions for summary judgment. (Or as soon thereafter as is convenient for the Court.) |

Round Two:

| | |
|---|---|
| March 21, 2007: | (One month after close of expert discovery.) Parties will file any additional motions for summary judgment. |
| April 18, 2007: | All oppositions to above summary judgment motions will be filed. |
| May 2, 2007: | All replies to the above oppositions will be filed. |

| | |
|---|---|
| May 16, 2007: | The Court will hold a hearing on Round Two motions for summary judgment. (Or as soon thereafter as is convenient for the Court.) |

### AMENDMENT TO PLEADINGS/JOINDER OF PARTIES

| | |
|---|---|
| September 6, 2006: | All motions to amend the pleadings or to join parties will be filed. |
| September 20, 2006: | Any oppositions to above motions will be filed. |

### CASE MANAGEMENT/SETTLEMENT CONFERENCE

| | |
|---|---|
| March 6, 2007: | (After completion of all discovery.) The Court will hold a case management and settlement conference. (Or as soon thereafter as is convenient for the Court.) See Fed. R. Civ. P. 16 and L.R. 16.3. |

### PRETRIAL ACTIVITIES

| | |
|---|---|
| May 30, 2007: | All parties will file pretrial disclosures, as required by Fed. R. Civ. P. 26(a)(3) and L.R. 16.5(c). |
| June 6, 2007: | All parties will file and serve a list disclosing objections to use of designated deposition testimony, the admissibility of identified materials, or the use of other evidence identified in the pretrial disclosures, as required by Fed. R. Civ. P. 26(a)(3). |
| June 13, 2007: | Last day for counsel for the parties to confer for the purpose of jointly preparing a pretrial memorandum. |
| June 20, 2007: | The parties will file a Joint Pretrial Memorandum and Trial Briefs, as required by L.R. 16.5(D) and (F). In addition, any party who intends to object to the qualifications of any expert witness, or to the introduction of any proposed exhibit related to that expert's testimony, will give written notice of the grounds of objection, together with supporting authority, to all other parties, as required by L.R. 26.4 and L.R. 16.5(C). |
| June 27, 2007: | The Court will hold the Final Pretrial Conference. (Or as soon thereafter as is convenient for the Court.) See Fed. R. Civ. P. 16(d) and L.R. 16.5. |

SO ORDERED.

*/s/ Edward F. Harrington*
EDWARD F. HARRINGTON
United States District Judge

LIBA/1713501.1