# GOODWIN | PROCTER

John Kenneth Felter
617.570.1211
kahuna@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

**BY HAND**

September 7, 2006

Honorable Edward F. Harrington
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

RE:   *Freedom Wireless, Inc. v Boston Communications Group, Inc. and Nextel Communications, Inc.* (D. Mass.) (Civil Action No. 05-11061-EFH)

Dear Judge Harrington:

I represent plaintiff Freedom Wireless, Inc. ("Freedom Wireless") in connection with the above-referenced action. I am writing this letter to you on behalf of Freedom Wireless and also on behalf of defendants Boston Communications Group, Inc. ("BCGI") and Nextel Communications, Inc. ("Nextel").

On July 21, 2006, all parties to this action ("*Nextel*") and two related actions, *Freedom Wireless, Inc. v. Boston Communications Group, Inc., et al.* (Civil Action No. 00-12234-EFH) ("*Freedom Wireless I*") and *Freedom Wireless, Inc. v. Boston Communications Group, Inc., et al.* (Civil Action No. 05-11062-EFH) ("*Alltel*"), appeared before the Court to inform you that they have agreed to settle all three actions. This global settlement, however, is conditioned on the parties seeking and obtaining relief from certain Orders and the Judgment entered in *Freedom Wireless I*.

To satisfy the conditions of the global settlement, and in accordance with the procedure prescribed in *Commonwealth of Puerto Rico v. The S.S. Zoe Colocotroni*, 601 F.2d 39, 42 (1st Cir. 1979), all parties to *Freedom Wireless I* filed a Joint Motion for Relief from Orders and Judgment. On July 21, 2006, the Court entered a Memorandum (Docket # 2033) indicating that it is inclined to grant the Motion.

On August 10, 2006, all parties to the consolidated appeals in *Freedom Wireless I* submitted to the United States Court of Appeals for the Federal Circuit a Joint Motion to Remand the appeals to this Court so that this Court can take further action on the parties' Joint Motion for Relief from

GOODWIN | PROCTER

Honorable Edward F. Harrington
September 7, 2006
Page 2

Orders and Judgment. As soon as the Federal Circuit acts on the Joint Motion to Remand, Freedom Wireless will promptly notify the Court.

On July 21, 2006, the Court entered an Amended Scheduling Order (Docket # 49) in the above-referenced action. In light of the conditional global settlement, the parties have agreed to informally stay discovery and other pre-trial activities while they await the order of the Federal Circuit on the Joint Motion to Remand, and further action by this Court on the Joint Motion for Relief from Orders and Judgment. However, because of the passage of time, certain scheduled events are approaching.

Specifically, the dates for briefings and hearings on Claim Construction and Round One of Summary Judgment are at hand. Pursuant to the Amended Scheduling Order, the parties are required to exchange initial *Markman* memoranda on September 11, 2006 and to exchange reply *Markman* memoranda on October 10, 2006. A *Markman* hearing has been scheduled for October 31, 2006. In addition, Round One Summary Judgment motions on *res judicata* and collateral estoppel grounds are due on September 18, 2006; oppositions to those motions must be filed by October 16, 2006; and all replies to oppositions must be filed by October 30, 2006. A hearing on Round One motions for summary judgment has been scheduled for November 13, 2006.

The primary purposes of this letter are to provide the Court with a status report on the Joint Motion to Remand and to request that the Court stay further proceedings in this action on Claim Construction and Round One Summary Judgment while the parties (and the Court) await an order by the Federal Circuit on the Joint Motion to Remand. If the conditional global settlement is not consummated and, consequently, the above-referenced action must proceed, the parties will meet and confer and attempt to jointly propose further amendments to the Amended Scheduling Order.

Please let me know whether the Court needs additional information. Thank you for your attention to this matter.

Sincerely,

*Ken Felter*

John Kenneth Felter, Esq.

cc: All Counsel of Record

LIBA/1727631.1