UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC., )<br>)<br>Plaintiff )<br>) CIVIL ACTION NO. 05-CV-11061-EFH<br>v. )<br>)<br>BOSTON COMMUNICATIONS GROUP, )<br>INC. and NEXTEL COMMUNICATIONS, INC., )<br>)<br>Defendants. )<br>) | |

## STIPULATION OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE AND ALL OTHER CLAIMS WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), all parties to this action hereby stipulate and agree to the dismissal with prejudice of only the following claims, each side to bear its own costs and attorneys' fees and waiving all rights of appeal: (1) all claims by Freedom Wireless, Inc. against Boston Communications Group, Inc. and all counterclaims by Boston Communications Group, Inc. against Freedom Wireless, Inc., and (2) all claims by Freedom Wireless, Inc. against Nextel Communications, Inc. that are based on any prepaid wireless system or service provided by defendant Boston Communications Group, Inc. through the date of this stipulation.

The parties hereby further stipulate and agree to the dismissal without prejudice of any and all other claims and counterclaims that were or could have been brought by the parties to this action, including any claims by Freedom Wireless, Inc. based on any prepaid wireless system or service not provided by defendant Boston Communications Group, Inc., and any counterclaims by defendants, including counterclaims of noninfringement, invalidity and unenforceability, each side to bear its own costs and attorneys' fees and waiving all rights of appeal.

Respectfully submitted,

FREEDOM WIRELESS, INC.
By its attorneys,

/s/ John Kenneth Felter
John Kenneth Felter (BBO #162540)
kahuna@goodwinprocter.com
Paul F. Ware, Jr. (BBO #516240)
pware@goodwinprocter.com
Douglas C. Doskocil (BBO #558949)
ddoskocil@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone:    (617) 570-1000
Facsimile:    (617) 523-1231


BOSTON COMMUNICATIONS GROUP, INC.
By its attorneys,

/s/ Dean G. Bostock
Dean G. Bostock (BBO #549747)
DGBostockmintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO P.C.
One Financial Center
Boston, MA 02111
Telephone:    (617) 542-6000
Facsimile:    (617)542-2241

David C. Kiernan
dkiernan@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005
Telephone:    (202) 434-5191
Facsimile:    (202) 434-5029

NEXTEL COMMUNICATIONS, INC.
By its attorneys,

/s/ Dennis J. Kelly
Dennis J. Kelly (BBO # 266340)
dkelly@burnslev.com
Victoria L. Walton (BBO # 650999)
vwalton@burnslev.com
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Telephone:    (617) 345-3000
Facsimile:    (617) 345-3299

Richard McMillan, Jr. (pro hac vice)
rmcmillan@crowell.com
Michael J. Songer (pro hac vice)
msonger@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:    (202) 624-2500
Facsimile:    (202) 628-5116

Dated: October 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 17, 2006.

/s/ Dean G. Bostock
Dean G. Bostock

LIT 1590064v.1