UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FREEDOM WIRELESS, INC.,

                Plaintiff,

                v.

BOSTON COMMUNICATIONS GROUP,
INC. and NEXTEL COMMUNICATIONS, INC.

                Defendants.

Civil Action
No. 05-11061 (EFH)

## NOTICE OF WITHDRAWAL OF APPEARANCE
## OF ANITA BAPOOJI RYAN

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Anita Bapooji Ryan

as counsel for Plaintiff Freedom Wireless, Inc. in the above-captioned matter.

Paul F. Ware, Jr., John Kenneth Felter, and Douglas C. Doskocil of Goodwin Procter

LLP and Robert A. Pressman of Bramson & Pressman shall continue their appearance as counsel

of record for Freedom Wireless, Inc..

Dated: January 17, 2007

Respectfully submitted,

FREEDOM WIRELESS, INC.

By its attorneys,

/s/ Anita Bapooji Ryan
Paul F. Ware, Jr. (BBO # 516240)
John Kenneth Felter (BBO # 162540)
Douglas C. Doskocil (BBO # 558949)
Anita Bapooji Ryan (BBO #644657)
Goodwin | Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

LIBA/1758391.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 17, 2007.

/s/ Anita Bapooji Ryan

LIBA/1758391.1